IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 04-CV-347 (RPM) (BNB)

PETER R. BORNSTEIN and the
LAW OFFICES OF PETER R. BORNSTEIN,

Plaintiffs,

v.

WESTPORT INSURANCE CORPORATION,

Defendant.

---

## ORDER RE: JOINT MOTION TO MODIFY REVISED SCHEDULING ORDER

---

THE COURT, having reviewed the Joint Motion To Modify Revise Scheduling Order, and being otherwise fully advised;

ORDERS that the motion is GRANTED. Sections 6.d.3. and 6.d.4. of the Revised Scheduling Order will be as follows:

6.d.3.   Plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **April 17, 2006.** Defendant shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **May 17, 2006.**

6.d.4.   Plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **June 11, 2006.**

DATED this 1st day of February, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge