IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-00347-RPM

PETER R. BORNSTEIN and the
LAW OFFICES OF PETER R. BORNSTEIN,

        Plaintiff,

v.

WESTPORT INSURANCE CORPORATION,

        Defendant.

_____

## ORDER MODIFYING REVISED SCHEDULING ORDER
_____

Upon consideration of Plaintiffs' Unopposed Motion to Modify Revised Scheduling Order (Doc. #54), filed on April 17, 2006, it is

ORDERED that Sections 6.d.3 and 6.d.4. of the Revised Scheduling Order are modified as follows:

    6.d.3    Plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before May 8, 2006. Defendant shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before June 7, 2006.

    6.d.4    Plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before July 2, 2006.

DATED: April 18, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge