# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00347-RPM

PETER R. BORNSTEIN and the
LAW OFFICES OF PETER R. BORNSTEIN

Plaintiffs,

v,

WESTPORT INSURANCE CORPORATION,

Defendant.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

This matter coming before the Court on the parties' Joint Motion to Modify Scheduling Order, the Court being fully advised in the premises; ORDERS that the Joint Motion to Modify Scheduling Order is granted. The Scheduling Order is modified as follows:

| Discovery cut-off date | October 30, 2006 |
| --- | --- |
| Dispositive motions deadline | December 1, 2006 |
| Deadline for service of Plaintiff's expert disclosures | July 14, 2006 |
| Deadline for service of Defendants' expert disclosures | August 14, 2006 |
| Deadline for service of rebuttal expert disclosures | September 1, 2006 |

Dated this 10th day of May, 2006.

BY THE COURT:

s/Richard P. Matsch

_____

United States District Court Judge