**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-00347-RPM

PETER R. BORNSTEIN and the
LAW OFFICES OF PETER R. BORNSTEIN

Plaintiffs,

v.

WESTPORT INSURANCE CORPORATION,

Defendant.

---

**ORDER GRANTING SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER**

---

THIS MATTER comes before the Court on the Parties' Second Joint Motion to Modify Scheduling Order, the Court being fully advised in the premises;

THE COURT ORDERS that the Second Joint Motion to Modify Scheduling Order is GRANTED. The Scheduling Order is modified as follows:

| | |
|---|---|
| Discovery cut-off date: | November 30, 2006 |
| Dispositive motions deadline: | December 31, 2006 |
| Deadline for service of Plaintiff's expert disclosures: | August 14, 2006 |
| Deadline for service of Defendants' expert disclosures: | September 14, 2006 |
| Deadline for service of rebuttal expert disclosures: | October 1, 2006 |

Dated this 17th day of July, 2006.

BY THE COURT:

s/Richard P. Matsch
_____
United States District Court Judge