**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-00347-RPM

PETER R. BORNSTEIN and the
LAW OFFICES OF PETER R. BORNSTEIN

Plaintiffs,

v,

WESTPORT INSURANCE CORPORATION,

Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT, having considered the Stipulated Motion for Dismissal With Prejudice

filed by the parties, and being fully advised, hereby ORDERS that this action, including all

claims and counterclaims that were brought, or that could have been brought, is dismissed with

prejudice, each party to bear his or its own costs and attorneys' fees.

SO ORDERED THIS 22nd day of September, 2006.


s/Richard P. Matsch

_____

United States District Court Judge